# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: §<br><br>§   **CASE NO. 87-08509**<br>**THE MOORE PAPER COMPANY, INC.**   §<br>§   **Motion to Pay Funds Into The**<br>§   **Registry Under 11 U.S.C. §374(A)**<br>§<br>**Debtor(s)**   § | |

The undersigned Trustee reports:

____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__x__ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 or Title 28 (28 U.S.C. 2041, et seq.).

Dated: August 12, 2010

/s/ Kenneth R. Havis
Kenneth R. HAVIS
Chapter 7 Bankruptcy Trustee

CERTIFICATE OF SERVICE ON THE UNITED STATES TRUSTEE

TX-10
(Rev'd 10/96)

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____        Small Dividends

___x___        Unclaimed Dividends


| Name and Address | Claim No. | Amount |
|---|---|---|
| Pascal D. Carwet<br>Route 2 Box 2702-B<br>Splendora, TX 77372 | 128 | 145.30 |
| Luther Lastrape | 134 | 194.93 |
| Gregory Moore<br>8413 Winningham<br>Houston, Tx 77055 | 145 | 1,221.69 |
| Randy L. Abernathy<br>2610 8th St. North<br>Texas City, Tx 77590-5670 | 146 | 776.32 |
| Edward E. Livingston<br>11911 Martin L. King, Apt 8307<br>Houston, Tx 77048 | 163 | 228.87 |
| Jackson-Shaw Partners No. 20 Ltd. | 180 | 3,685.08 |
| L. Jean Martin<br>14903 Enero<br>Houston, Tx 77086 | 216 | 84.69 |
| Guy C. Windheim<br>4031 Lemon Tree<br>Houston, Tx 77088 | 219 | 921.16 |
| Rita Bartlew<br>6407 French Chateau<br>Houston, Tx 77088 | 220 | 527.56 |
| John I. Hacks<br>2631 Pomeran<br>Houston, Tx 77080 | 222 | 647.32 |

| | | |
|---|---|---|
| Gary Moore<br>1915 Kirby Drive<br>Houston, Tx 77019 | 223 | 302.28 |
| Samuel L. Aguilar<br>3116 Hyacinth<br>Houston, Tx 77009 | 225 | 119.68 |
| Robert Pierce<br>21138 Park Brook Dr.<br>Katy, Tx 77450 | 226 | 341.25 |
| Vernon L. Minnich<br>6710 Morning Shadow Lane<br>San Antonio, Tx 78256-2318 | 230 | 464.38 |
| Olivia Hernandez<br>4101 Vaughn St.<br>Houston, Tx 77016 | 232 | 45.73 |
| James Sly<br>503 Mitchell<br>Houston, Tx 77037 | 233 | 426.84 |
| Rosa Howell<br>203 Morningside<br>League City, Tx 77573 | 234 | 254.89 |
| John R. Mendez<br>14417 Victoria<br>Houston, Tx 77015 | 236 | 67.33 |
| George F. Asian<br>4123 DeGeorge<br>Houston, Tx 77009 | 237 | 227.69 |
| Frank Triston, Jr.<br>12519 Kidlington Ct.<br>Houston, Tx 77039 | 239 | 90.05 |
| Clay Simmons<br>3807 Malone<br>Pasadena, Tx 77503 | 243 | 370.65 |
| Matthew D. Duewall<br>850 Briarwillow # 57<br>Houston, Tx 77060 | 244 | 299.91 |

| | | |
|---|---|---|
| Kay Francis Guevara<br>4411 Fulton Ave. # 77<br>Houston, Tx 77009 | 245 | 188.17 |
| Felicita A. Calvillo<br>306 North St., # 10<br>Houston, Tx 77009 | 246 | 191.65 |
| Thomas W. Fleming<br>3116 Hyacinth St.<br>Houston, Tx 77009 | 247 | 420.75 |
| Janet Ann Dartez<br>2110 Brundage Dr., # 4612<br>Houston, Tx 77090 | 248 | 130.16 |
| Patricia Buzek<br>Rt. 2, 31718 Ironwood<br>Waller, Tx 77484 | 249 | 291.70 |
| Theresa Buzek<br>Rt 2, 31718 Ironwood<br>Waller, Tx 77484 | 250 | 75.69 |
| Texas Workforce Commission<br>101 E. 15th St.<br>Austin, Tx 78778 | 354 | 6,890.08 |
| Carl S. Smith<br>Harris Co. Tax Assessor<br>1001 Preston, Suite 634<br>Houston, Tx 77002 | | 10,337.90 |
| Internal Revenue Service<br>Austin, Tx 73301 | | 6,997.41 |
| Internal Revenue Service<br>Austin, Tx 73301 | | 1,399.49 |
| Internal Revenue Service<br>Austin, Tx 73301 | | 327.29 |
| Internal Revenue Service<br>Austin, Tx 73301 | | 1,399.48 |
| Internal Revenue Service<br>Austin, Tx 73301 | | 327.29 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Austin, Tx 73301 | | 180.57 |
| Total | | 40,601.23 |