UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

**United States Courts**
**Southern District of Texas**
**FILED**
**SEP 17 2010**
**Clerk of Court**

In Re: THE MOORE PAPER COMPANY §§§§

Debtor(s).

Case No. 87-08509 KKB

## Application for Payment of Unclaimed Funds
## and Certificate of Service

1. I am making application to receive $ 921.16 , which was deposited as unclaimed funds on behalf of GUY C. WINDHEIM
(*name of original creditor/debtor*).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☐ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☑ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 9-15-10

Applicant's Signature [signature]
Applicant's Name A# Melone, for Asset Recovery Trust
Address P.O. Box 4296
Costa Mesa, CA 92628
Phone: (714) 546-8100

Subscribed and sworn before me this 15 day of September, 2010.

[Notary Stamp: RACHEL KREIE, Commission # 1734550, Notary Public - California, Orange County, My Comm. Expires Mar 27, 2011]

[signature] Rachel Kreie
Notary Public
State of California
My commission expires March 27, 2011

Attachments: 1. _____
 2. _____
 3. _____
 4. _____

## Certificate of Service

I certify that on 9-15-10 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____
_____
_____

## LIMITED POWER OF ATTORNEY/
## DECLARATION

I do hereby grant to ASSET RECOVERY TRUST, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

   To reclaim, recover, and return unclaimed funds in the amount of **$921.16** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I do hereby declare that my name is Guy C. Windheim, that I moved from 4031 Lemon Tree, Houston, TX 77088, that I am currently located at 27 Shiny Pebble Pl., Spring, TX 77381, that my phone number is 936-321-1648, that I am a rightful creditor of Case 87-08509 KKB, The Moore Paper Company, and that I am entitled to this unclaimed dividend.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED  9/8/10           SIGNED  *Guy C. Windheim*

                         NAME    GUY C. WINDHEIM

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 8TH DAY OF SEPTEMBER, 2010,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

*Karen D. Wilson*
NOTARY PUBLIC IN AND FOR
The State of TEXAS
My Commission expires on 10/23/2012

[SEAL: KAREN D. WILSON, Notary Public, State of Texas, My Commission Expires 10/23/2012]

**KENNETH R. HAVIS**
Chapter 7 Bankruptcy Trustee
P.O. Box 750
Navasota, TX 77868
(936) 825-7981    FAX (936) 825-8013

---

Guy C. Windheim
4031 Lemon Tree
Houston, Tx 77088

October 24, 2001

RE:   The Moore Paper Co.
      87-08509-H5-7

Dear Mr. Windheim:

I am the Trustee of the captioned bankruptcy estate. In preparing to close the case, I noticed that you had filed a claim for $6,526.15 in priority wages.

According to Bankruptcy Code 507(a)(3), wage claims in 1987 were limited to $2,000.00 priority status, and the remainder was allowed general unsecured status.

Please amend your claim by signing the statement at the bottom of this letter and return it, by mail or facsimile, by October 31, 2001. I will then include your statement in the Trustee's Final Report when I submit it to the Court. If I do not hear from you, I will file an objection to the claim, and the Court will decide the amount you might receive.

Thank you for your help.

Sincerely,

*Kenneth R. Havis, Trustee*

---

10/26/01
DATE

The Moore Paper Co., Inc.
87-08509-H5-7


I HEREBY STATE THAT I WISH TO AMEND CLAIM #219, FILED 02/29/88, TO BE $2,000.00 PRIORITY UNSECURED, AND $4,526.15 GENERAL UNSECURED.

*Guy C. Windheim*
SIGNATURE



**BILLING STATEMENT**

For Account Information and Service: (800) 874-8822
or visit us at www.toyota.com, click FINANCE

STATEMENT DATE: 11/05/2001

GUY C WINDHEM
4031 LEMON TREE LN
HOUSTON TX  77088-6806

REMIT TO: TOYOTA FINANCIAL SERVICES
P.O. BOX 650686
DALLAS, TX 75265-0686

| Next Payment Date |
|---|
| 11/19/2001 |

| Past Payment Date |
|---|
|  |

| Account Number |
|---|
| 012 6139667 |

| Telephone Number |
|---|
| Home: (281) 999-4258 |
| Bus:  (713) 963-0086 |

| | | | |
|---|---|---|---|
| Payments Made | 11 | Current Payment Due | $602.55 |
| Payments Remaining | 25 | Delinquent Payment | $0.00 |
| Last Payment Received | 10/17/2001 | Late Charges | $0.00 |
| Maturity Date | 11/19/2003 | Misc. Charges | $0.00 |
| Standard Monthly Payment | $602.55 | TOTAL DUE | $602.55 |

Please refer to the back of this statement for additional information regarding your account.