UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE:<br><br>The Moore Paper Company, Inc.<br><br>                 (Debtor), | BANKRUPTCY CASE NUMBER<br>87-08509 |

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Vernon L. Minnich, in the amount of $464.38, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on August 12, 2010 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Vernon L. Minnich c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $464.38 to Dilks & Knopik, LLC and Vernon L. Minnich at the following address:

                          P.O. Box 2728,
                          Issaquah, WA  98027-0125

Dated: _____          _____

                                            UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98