# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 87-08509
§
§
§
§
Debtor(s). §

### Order for Payment of Unclaimed Funds

Upon the application of __Kay Francis Guevara__,

seeking payment of $ __188.17__ representing funds previously unclaimed by

__Kay Francis Guevara__
__44 N Fulton Ave # 77__
__Houston, TX 77009__

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __Kay Francis Guevara__ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ __188.17__ to:

__Tempie Services + Kay Francis Guevara__
__723 Main St, Ste 703__
__Houston, TX 77002__

Signed this ___ day of _____, _____.

_____
United States Bankruptcy Judge