**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: § Case No. 87-08509
The moore Paper co Inc §
§
Debtor(s). §

United States District Court
Southern District of Texas
FILED
JUL 28 2011
David J. Bradley, Clerk of Court

**Application for Payment of Unclaimed Funds and Certificate of Service**

1. I am making application to receive $6890.08, which was deposited as unclaimed funds on behalf of Texas Workforce Commission (*name of original creditor/debtor*).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☑ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

______________________________

______________________________

______________________________

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 7/26/11

Applicant's Signature Crestal Morrison
Applicant's Name Crestal Morrison
Address RID/SAU RM5560
Austin TX 78778-0001
Phone: (512) 305-9297

Subscribed and sworn before me this 26 day of July.

GWYNNE GAUTHIER
Notary Public
STATE OF TEXAS
Commission Exp. 06-23-2015
Notary without Bond

Gwynne Gauthier
Notary Public
State of Texas
My commission expires 06/23/2015

Attachments: 1. SOT I.D
2. Authorization for unclaimed funds
3. ______
4. ______

**Certificate of Service**

I certify that on 7/26/11 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

Other: ______

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Crestal Morrison
**Signature**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: The Moore Paper Co Inc § Case No. 87-08509
§
§
§
§
Debtor(s). §

**Order for Payment of Unclaimed Funds**

Upon the application of Unclaimed funds,

seeking payment of $ 6890.08 representing funds previously unclaimed by

Texas Workforce Commission

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Texas Workforce Commission is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ 6890.08 to:

Signed this 26 day of July, 2011.

United States Bankruptcy Judge

# Texas Workforce Commission

A Member of Texas Workforce Solutions

The following individuals are authorized by the Texas Workforce Commission to collect unclaimed funds in the United States Bankruptcy Court on behalf of the Commission:

Rick Diaz, Supervisor of the Special Actions Unit

[signature]

Crestal Morrison, Administrative Assistant of the Special Actions Unit

[signature]

Karen Davis, Accounts Examiner IV

[signature]

Ann Nassour, Accounts Examiner III

[signature]

Erin Reid, Accounts Examiner III

[signature]

[signature]

John Moore
Director of the Regulatory Integrity Division
Texas Workforce Commission
101 E. 15th Street, Room 556
Austin, Texas 78778-0001

101 E. 15th Street • Austin, Texas 78778-0001 • (512) 463-2222 • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.texasworkforce.org
Equal Opportunity Employer / Services

TEXAS
WORKFORCE SOLUTIONS

CRESTAL
WILLIAMSON